NUMBERS 13-01-237-CR through 13-01-239-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

__________________________________________________________________


ALEXIS JEAN DERISE , Appellant,


v.


THE STATE OF TEXAS, Appellee.

__________________________________________________________________


On appeal from the 347th District Court 

of Nueces County, Texas.

___________________________________________________________________
O P I N I O N

Before Chief Justice Valdez and Justices Hinojosa and Castillo

Opinion Per Curiam


Appellant, ALEXIS JEAN DERISE , perfected appeals from judgments entered by the 347th District Court of Nueces
County, Texas, in cause numbers 00-CR-171-H, 00-CR-171-H, and 00-CR-333-H . Appellant has filed motions to dismiss
the appeals. The motions comply with Tex. R. App. P. 42.2(a).

The Court, having considered the documents on file and appellant's motions to dismiss the appeals, is of the opinion that
appellant's motions to dismiss the appeal should be granted. Appellant's motions to dismiss the appeal are granted, and the
appeals are hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 5th day of July, 2001 .